COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NOS. 2-04-032-CR

                 
2-04-033-CR
 

JUSTIN HARRY REYBURN     APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM CRIMINAL
 
DISTRICT COURT NO. 4 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss And Waive Appeal And To Withdraw Notice Of Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See id.;
 
Tex. R. App. P.
 43.2(f).

PER CURIAM

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: February 26, 2004.

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.